# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 27, 2008

Before

DIANE P. WOOD, Circuit Judge

| | | |
|---|---|---|
| JEREMY KUNZ,<br>      Plaintiff-Appellee,<br>      Cross-Appellant | ] | Appeals from the United<br>States District Court of<br>the Northern District of<br>Illinois, Eastern Division |
| Nos. 06-3828 & 06-3827     v. | ] | No. 01 C 1753 |
| RICHARD DEFELICE, Officer,<br>      Defendant-Appellant,<br>      Cross-Appellee | ] | James B. Zagel,<br>Judge. |
| and | ] | |
| CITY OF CHICAGO, et al.,<br>      Defendants,<br>      Cross-Appellees. | ] | |

Upon consideration of the **MOTION TO CORRECT PUBLISHED OPINION**, filed on August 25, 2008, by counsel for the City of Chicago,

**IT IS ORDERED** that the motion to correct the opinion is **GRANTED**. On page 2 of the slip opinion, the sentence beginning on line 12 shall be corrected as follows: "The City and DeFelice appeal from those judgments" is replaced with "DeFelice appeals from those judgments". On lines 9 and 10 of page 23 of the slip opinion, "June 22, 2006 opinion" shall be replaced with "September 16, 2005 order". On line 16 of page 23 of the slip opinion, "June 22, 2006 opinion" shall be replaced with "September 16, 2005 order".